UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>         Petitioner,<br><br>    v.<br><br>TGS COMMISSARY, et al.,<br><br>         Respondent. | Case No. 24-cv-04586-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner filed a petition for a writ of habeas corpus on July 30, 2024. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The instant action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 9, 2024

_____
CHARLES R. BREYER
United States District Judge